Thomas A. Aceituno
PO Box 189
Folsom, CA 95763-0189
Telephone: (916) 985-6486
Email: trustee@acetrustee.com

Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re,

REA, DONALD C.

REA, APRILLE L.

Debtor(s)

Case No. 08-31219-C-7

DCN: TAA-5
DATE: August 3, 2010
TIME: 9:30 AM
DEPT.: C

MOTION FOR APPROVAL OF SALE OF ASSETS

and

DECLARATION OF THOMAS A. ACEITUNO

I, THOMAS A. ACEITUNO, the duly appointed trustee in the above entitled matter, hereby move for an order approving the sale of real property, specifically two timeshares described as follows:

- Timeshare at Westin Kaanapali Ocean Villas, ICN 2426/28-14AP, Contract #208664 for a total of $17,978.99 plus closing costs of $225.

- Timeshare at Westin Kaanapali Ocean Villas, ICN 3426/28-51AP, Contract #219635 for a total of $15,655.00 plus closing costs of $225.

1. The Debtors herein filed bankruptcy on August 12, 2008. I have been appointed Trustee for the bankruptcy estate.

2. The Debtors owned the two timeshares described above.

3. The Debtors have made no claim of exemption in either of the timeshares.

4. There are no recorded liens against either timeshare.

5. On April 28, 2010, this court approved the employment application of BK Assets.com LLC as internet auctioneer to sell at public auction the property described above. The application provided for compensation not to exceed ten (10) percent and expenses not to exceed $250 for each timeshare.

6. On April 26, 2010, a Notice of Sale of Assets and Notice of Opportunity for Hearing were issued. There were no written objections or requests for hearing filed in this matter.

7. On June 1, 2010, and continuing for seven (7) days, a public auction was held online at www.BKassets.com.

8. Ted and Angie Borromeo were the winning bidder for both of the timeshares.
    a. The gross purchase price of timeshare Westin Kaanapali Ocean Villas, ICN 2426/28-14AP is $17,978.99 plus $225 in closing costs.
    b. The gross purchase price of timeshare Westin Kaanapali Ocean Villas, ICN 3426/28-51AP is $15,655 plus $225 in closing costs.

9. Buyers have delivered to the Trustee payment in full totaling $34,083.99.

For the reasons above, I pray for an order of the court as follows:

1. Authorizing the sale of real property as follows:

- Timeshare at Westin Kaanapali Ocean Villas, ICN 2426/28-14AP to Ted and Angie Borromeo for a purchase price of $17,978.99 plus $225 in closing costs; and
- Timeshare at Westin Kaanapali Ocean Villas, ICN 3426/28-51AP to Ted and Angie Borromeo for a purchase price of $15,655 plus $225 in closing costs.

2. Authorizing the Trustee to pay BK Assets.com LLC compensation in an amount not to exceed ten percent (10%) of the gross sale price and expenses not to exceed $250 for each timeshare.

3. Authorizing the Trustee to execute all documents necessary to conclude the sale.

Respectfully submitted:

DATE: July 8, 2010 /s/ Thomas A. Aceituno

## DECLARATION OF THOMAS A. ACEITUNO

I, Thomas A. Aceituno, hereby declare under penalty of perjury:

1. I am the Trustee in this case.
2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATE: July 8, 2010 /s/ Thomas A. Aceituno